IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEANDRE HOLLAND, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF AKRON, *et al.*, <br><br> Defendants. | Case No. 24-CV-00014 <br><br> Judge Solomon Oliver, Jr. <br><br> **Plaintiff's Notice of Depositions of Defendants Richard Kuznik and Christopher Brown, and Rule 30(b)(6) Witness Jesse Leeser** |

Please take notice that pursuant to Rule 45 of the Federal Rules of Civil Procedure, the depositions of the Rule 30(b)(6) witness, Akron Police Deputy Chief Jesse Leeser (9:00 AM), and Defendant Richard Kuznik (1:00 PM) will be taken on Tuesday, February 18, 2025, and the deposition of Defendant Christopher Brown (8:00 AM) will be taken on Thursday, February 20, 2025. These depositions will take place at the offices of The Pattakos Law Firm, 101 Ghent Rd., Fairlawn OH 44333, for the purposes of discovery or as evidence in this action, before a court reporter authorized to administer oaths, and will continue until concluded. The deposition will be recorded by stenographic and video means.

Respectfully submitted,

*/s/ Peter Pattakos*
Peter Pattakos (0082884)
   *peter@pattakoslaw.com*
Gregory Gipson (0089340)
   *ggipson@pattakoslaw.com*
Zoran Balac (0100501)
   *zbalac@pattakoslaw.com*

THE PATTAKOS LAW FIRM LLC
101 Ghent Rd., Fairlawn, Ohio 44333
P: 330.836.8533 | Fax: 330.836.8536

*Attorneys for Plaintiff Deandre Holland*

**Certificate of Service**

    I hereby certify that on February 13, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be delivered to all registered parties, who may access this filing through the Court's system.

                                                        */s/ Peter Pattakos*
                                                   *Attorney for Plaintiff Deandre Holland*