
ROETZEL & ANDRESS, A LEGAL PROFESSIONAL ASSOCIATION

222 South Main Street
Akron, OH 44308
Direct Dial 330.849.6630
PHONE 330.376.2700 FAX 330.376.4577
abernard@ralaw.com

WWW.RALAW.COM

April 14, 2025

**VIA OVERNIGHT DELIVERY**

Clerk of Courts
U.S. District Court, Northern District of Ohio,
Eastern Division
Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, Ohio 44113

FILED
APR 15 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Re: *DeAndre Holland v. City of Akron, et al.*
Case No. 5:24-CV-00014-SO

Dear Sir or Madam:

Enclosed is a Notice of Manual Filing of Audio Recordings that was filed with the Court today. Also enclosed is a flash drive that contains the audio recordings.

The password to access the flash drive is **Spring20252025**. Please let me know if you have any questions.

Very truly yours,

ROETZEL & ANDRESS, LPA

Aretta K. Bernard

AKB:sb
Enclosures
cc: Peter Pattakos (via overnight mail)

23106686_1 016756.0172

ralaw.com