UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DEANDRE HOLLAND, | ) | Case No.: 5:24 CV 14 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF AKRON, *et al.*, | ) | |
| | ) | |
| Defendants | ) | JUDGMENT ENTRY |

The court, having granted Defendants City of Akron, Richard Kuznik, and Christopher Brown's (collectively, "Defendants") Motion for Summary Judgment. (ECF No. 28) with respect to all claims in a separate Order on this same date, hereby enters judgment in favor of Defendants and against Plaintiff Deandre Holland.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

March 30, 2026